# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| QIAN CHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE OFFICE FOR CIVIL RIGHTS,<br><br>　　　　Defendant. | Case No. C19-1391-JCC<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND GRANTING LEAVE TO AMEND |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-captioned case. (Dkt. # 1.) After careful consideration of the application, the governing law and the balance of the record, the Court finds that Plaintiff's application is deficient because he failed to sign the consent for payment of costs on page two. He also left several sections of the financial affidavit blank, such as listing the amount of income he has received from any source in the last twelve months and describing his monthly expenses. Without such information, the Court is unable to discern Plaintiff's financial situation and whether he is able to afford to pay the filing fee.

Plaintiff's IFP application (dkt. # 1) is therefore DENIED with LEAVE TO AMEND within **30 days** from the date of this Order. Plaintiff is advised that this case may be subject to dismissal if Plaintiff does not respond to this Order or fails to correct the deficiencies set forth above.

ORDER - 1

The Clerk is directed to send a copy of this Order to Plaintiff, and to the Honorable John C. Coughenour.

Dated this 5th day of September, 2019.

*MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2