UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QIAN CHEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>SEATTLE OFFICE FOR CIVIL RIGHTS,<br><br>                    Defendants. | Case No. C19-1391-JCC<br><br>ORDER GRANTING AMENDED MOTION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 4.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's amended application to proceed *in forma pauperis* (dkt. # 4) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to mail a copy of this Order to Plaintiff and to the Honorable John C. Coughenour.

      Dated this 9th day of September, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING AMENDED MOTION TO
PROCEED IN FORMA PAUPERIS - 1